```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683011473
Cashier ID: lgarrett
Transaction Date: 01/25/2011
Payer Name: CITY OF RICHMOND VIRGINIA
----------------------------------
CIVIL FILING FEE
 For: CITY OF RICHMOND VIRGINIA
 Amount:        $350.00
----------------------------------
CHECK
 Check/Money Order Num: 389623
 Amt Tendered:  $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

CIVIL FILING FEE
3:11CV065
```