AO 458 (Rev. 06/09) Appearance of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KYSS BURTON, BY HER MOTHER,**
**SAKIA HALL AS NEXT FRIEND**
**AND**
**SAKIA HALL,**

    **Plaintiffs,**

v.                                                C.A. No. 3:11cv065

**HAROLD FORD,**

    **Defendant.**

### APPEARANCE OF COUNSEL

To:    The Clerk of Court and All Parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendant Harold Ford.

Date:   January 26, 2011                    HAROLD FORD

                                                         By Counsel

/s/
David P. Corrigan
VSB No. 26341
Attorney for Anthony Catoggio
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
dcorrigan@hccw.com

1

## **CERTIFICATE**

I hereby certify that on the 26th day of January, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Robert H. Smallenberg, Esq.
> Metropolitan Law Center, PLC
> 10035 Sliding Hill Road, Suite 204
> Ashland, VA 23005
>
> Brian K. Telfair, Esq.
> City of Richmond
> Office of the City Attorney
> 900 E. Broad Street, Room 300
> Richmond, VA 23219
>
> Cullen D. Seltzer, Esq.
> SeltzerGreene, PLC
> 707 E. Main Street, Suite 1025
> Richmond, VA 23219

/s/
David P. Corrigan
VSB No. 26341
Attorney for Anthony Catoggio
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
dcorrigan@hccw.com