AO 458 (Rev. 06/09) Appearance of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KYSS BURTON, BY HER MOTHER,
SAKIA HALL AS NEXT FRIEND
AND
SAKIA HALL,**

    Plaintiffs,

v.                                      C.A. No. 3:11cv065

**HAROLD FORD,**

    **Defendant.**

## APPEARANCE OF COUNSEL

To:     The Clerk of Court and All Parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendant Harold Ford.

Date:   January 26, 2011                        HAROLD FORD

                                                               By Counsel

/s/
_____
Jeremy D. Capps
VSB No. 43909
Attorney for Anthony Catoggio
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
dcorrigan@hccw.com

1

## **CERTIFICATE**

I hereby certify that on the 26th day of January, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert H. Smallenberg, Esq.
Metropolitan Law Center, PLC
10035 Sliding Hill Road, Suite 204
Ashland, VA 23005

Brian K. Telfair, Esq.
City of Richmond
Office of the City Attorney
900 E. Broad Street, Room 300
Richmond, VA 23219

Cullen D. Seltzer, Esq.
SeltzerGreene, PLC
707 E. Main Street, Suite 1025
Richmond, VA 23219

/s/
Jeremy D. Capps
VSB No. 43909
Attorney for Anthony Catoggio
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
dcorrigan@hccw.com