IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KYSS BURTON, BY HER MOTHER,
SAKIA HALL AS NEXT FRIEND AND
SAKIA HALL,

    Plaintiff,

v.                                         Case No. 3:11-cv-00065-JRS

HAROLD FORD,

    Defendant.

## DEFENDANT'S OBJECTION TO PROCEEDING BEFORE MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. §636(c), Federal Rule of Civil Procedure 73, and this Court's Notice of Pretrial Conference, defendant Harold Ford, by counsel, states that he does not waive his right to proceed before a United States District Court Judge and does not consent to have a Magistrate Judge conduct further proceedings in the above-styled case.

                                                      **HAROLD FORD**

                                                      By Counsel

/s/ _____
David P. Corrigan
VSB No. 26341
Attorney for Harold Ford
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
dcorrigan@hccw.com

## **CERTIFICATE**

I hereby certify that on the 21st day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Robert H. Smallenberg, Esq.
>Metropolitan Law Center, PLC
>10035 Sliding Hill Road, Suite 204
>Ashland, VA 23005
>
>Brian K. Telfair, Esq.
>City of Richmond
>Office of the City Attorney
>900 E. Broad Street, Room 300
>Richmond, VA 23219

>/s/
>David P. Corrigan
>VSB No. 26341
>Attorney for Harold Ford
>Harman, Claytor, Corrigan & Wellman
>P.O. Box 70280
>Richmond, Virginia 23255
>(804) 747-5200
>(804) 747-6085 – facsimile
>dcorrigan@hccw.com