**EXHIBIT 3**

## David Corrigan

**From:** Robert H. Smallenberg [rsmallenberg@metrolawva.com]
**Sent:** Wednesday, April 27, 2011 1:06 PM
**To:** David Corrigan
**Subject:** RE: Burton v. Ford

David,

I've cleared from 10:00 forward on the 13th. Oddly, both numbers I have for Sakia Hall seem to be out of service. We sent her a yesterday so I'm sure she'll call soon.

Rob Smallenberg

Metropolitan Law Center, PLC
24 Hour Hotline (804) 822-1216

**Robert H. Smallenberg**
Attorney at Law

10035 Sliding Hill Road                    (804) 368-7612
Suite 204                                  Fax (804) 368-7615
Ashland, VA 23005                          rsmallenberg@metrolawva.com

---

**From:** David Corrigan [mailto:dcorrigan@hccw.com]
**Sent:** Monday, April 25, 2011 5:44 PM
**To:** Robert H. Smallenberg
**Cc:** Telfair, Brian K. - City Attorney
**Subject:** Burton v. Ford

Rob —

How do May 9 and 13 look for depositions?

I am going to go ahead and send you a notice for both Ky'ss and her mother for May 13 at 10:00 a.m. at the office of the City Attorney. You can depose Officer Ford that day as well.

Please let me know if you would prefer another location.

Thanks.
David

David P. Corrigan
Harman, Claytor, Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, Virginia 23255
Physical Address:



EXHIBIT 3

1

Innsbrook Corporate Center
4951 Lake Brook Drive, Suite 100
Glen Allen, Virginia 23060-6045
(804) 747-5200
(804) 762-8017
(804) 747-6085 - fax
email: dcorrigan@hccw.com
web-site: www.hccw.com

This message is intended only for the named recipient and may contain information that is confidential, subject to attorney-client privilege, the work-product doctrine and other privileges. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return email and delete the original message at once. Thank you.