# EXHIBIT 4

## David Corrigan

**From:**      David Corrigan
**Sent:**      Wednesday, May 04, 2011 10:28 AM
**To:**        Robert H. Smallenberg
**Subject:**   RE: Burton v. Ford

Rob –

I would like to proceed on the 13th.  If the answers are given to me that day, then I can work with that.


Thanks.
David

---

**From:** Robert H. Smallenberg [mailto:rsmallenberg@metrolawva.com]
**Sent:** Wednesday, May 04, 2011 10:05 AM
**To:** David Corrigan
**Subject:** Re: Burton v. Ford

David,

I got ahold of Sakia Hall yesterday. She reports that they have a new address and that she has not received anything I mailed to her prior address to include discovery requests, notice of the depositions and my letter telling her to call us.

I emailed a copy of the discovery requests to her yesterday and imposed on her the importance of answering quickly. However, we will likely have to move the depositions set for May 13.

Please let me know your thoughts.

Thanks,

Rob


Sent from my iPhone

On May 3, 2011, at 11:26 AM, "David Corrigan" <dcorrigan@hccw.com> wrote:



    Rob –


        We have sent deposition notices for your clients – Ky'ss Burton and her mother – for Friday May 13 at the city attorney's office.  Are they going to be there?

1

I also note that we still have not received an Initial Disclosure nor responses to written discovery from you.

Please contact me to discuss.

David

David P. Corrigan

Harman, Claytor, Corrigan & Wellman, P.C.

P.O. Box 70280

Richmond, Virginia 23255

Physical Address:

Innsbrook Corporate Center

4951 Lake Brook Drive, Suite 100

Glen Allen, Virginia 23060-6045

(804) 747-5200

(804) 762-8017

(804) 747-6085 - fax

email: dcorrigan@hccw.com

web-site: www.hccw.com

This message is intended only for the named recipient and may contain information that is confidential, subject to attorney-client privilege, the work-product doctrine and other privileges. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return email and delete the original message at once. Thank you.