**EXHIBIT 6**

## David Corrigan

**From:** Robert H. Smallenberg [rsmallenberg@metrolawva.com]
**Sent:** Wednesday, May 11, 2011 1:31 PM
**To:** David Corrigan
**Subject:** Sakia Hall as next Friend v. Ford

David,

My office has confirmed with Sakia Hall that May 20 commencing at noon is good.

Rob


Sent from my iPad



EXHIBIT 6

1