**EXHIBIT 7**

# David Corrigan

**From:** David Corrigan
**Sent:** Thursday, May 12, 2011 10:27 AM
**To:** Robert H. Smallenberg
**Cc:** Telfair, Brian K. - City Attorney
**Subject:** RE: Friday

Rob –

As discussed yesterday morning, I am concerned enough about your failure to provide the Initial Disclosure or responses to written discovery or to present your client for a deposition that I feel that I have no choice but to file a Motion to Compel.

We have agreed that you will present your clients – both Ky'ss Burton and Sakia Hall – for a deposition on next Friday May 20 beginning at noon at the City Attorney's office.
I will have my client present and ready to be deposed at the same time.

You have also promised that you will provide full and complete Initial Disclosures and fully executed responses to discovery by this Friday May 13.

Based on these representations, I am going to hold off on filing the Motion to Compel until 2:00 p.m. on Friday.

I hope that we can get these issues behind us and focus on the substance of the case.

Thanks.
David


David P. Corrigan
Harman, Claytor, Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, Virginia 23255
Physical Address:
Innsbrook Corporate Center
4951 Lake Brook Drive, Suite 100
Glen Allen, Virginia 23060-6045
(804) 747-5200
(804) 762-8017
(804) 747-6085 - fax
email: dcorrigan@hccw.com
web-site: www.hccw.com



EXHIBIT 7

This message is intended only for the named recipient and may contain information that is confidential, subject to attorney-client privilege, the work-product doctrine and other privileges. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return email and delete the original message at once. Thank you.