VIRGINIA:

    IN THE CIRCUIT COURT OF THE CITY OF RICHMOND

------------------------------

K.B., BY HER MOTHER,
SAKIA HALL AS NEXT FRIEND,
and
SAKIA HALL

        Plaintiffs,

                      Case No.:
vs.                CL10-3675-00

HAROLD FORD

        Defendant.

------------------------------

DEPOSITION OF K.B.

May 20, 2011

1:40 P.M.

Taken at:

THE CITY ATTORNEY'S OFFICE
900 East Broad Street, Room 300
Richmond, Virginia 23219

REPORTED BY:  HELEN B. YARBROUGH, RPR, CCR, CLR

Cook & Wiley, Inc.
Registered Professional Reporters
3751 Westerre Parkway, Suite D-1
Richmond, Virginia 23233
(804)359-1984

Page 12

1      Q    Yes?

2      A    **Yes.**

3      Q    Was it a bunch of them?

4      A    **Yes.**

5      Q    And as they were gathering around, was that
6  making you feel bad because you were being talked to
7  by the police officer?

8      A    **Yes.**

9      Q    It did?  And did you talk louder?

10     A    **No.**

11     Q    What did you do?

12     A    **Didn't say anything.**

13     Q    Didn't say anything?  Were you upset,
14 though?

15     A    **Yes.**

16     Q    Did you let him know that you were upset?

17     A    **No.**

18     Q    When you were at the doorway, did you try to
19 get away from Officer Ford?

20     A    **Yes.**

21     Q    Okay.  What happened?

22     A    **(Pause.)**

23     Q    Did he keep you from getting away?

24     A    **Yes.**

25     Q    Okay.  And did you try to hit him when he

```
 1      tried to stop you from getting away?
 2           A    No.
 3           Q    Did you hit him?
 4           A    No.
 5           Q    Were you trying to get away from him?
 6           A    Yes.
 7           Q    Did you keep trying to get away from him?
 8           A    Yes.
 9           Q    Were you angry?
10           A    Yes.
11           Q    You let him know you were angry?
12           A    No.
13           Q    But you tried to get away from him?
14           A    Yes.
15           Q    Okay.  Show me how you tried to get away.
16      Did you swing your arms, try to pull your arms away
17      from him?
18           A    Yes.
19           Q    Did you try to bite him, bite his hands?
20           A    No.
21           Q    Did you try to drop down to the ground?
22           A    Huh?
23           Q    Did you try to drop down to the ground to
24      get away from him?
25           A    No.
```

```
 1      Q    After you were outside with Officer Ford,
 2  did you keep trying to get away from him?
 3      A    Yes.
 4      Q    Okay.  And did he say, "You need to stop or
 5  I'm going to put the cuffs on you"?
 6      A    Yes.
 7      Q    And then did you keep trying to get away?
 8      A    Yes.
 9      Q    And then he put the cuffs on you?
10      A    Yes.
11      Q    And then he put you in the car?
12      A    Yes.
13      Q    Did he turn the air conditioner on and tell
14  you to calm down in the car?
15      A    (Witness shakes head in the negative.)
16      Q    Don't remember?
17      A    He said, "Calm down."
18      Q    He said, "Calm down"?
19      A    (Witness nods head in the affirmative.)
20      Q    Did you eventually calm down?
21      A    No.
22      Q    You didn't calm down?
23      A    I was trying to get out of the car.
24      Q    You were trying to get out of the car?
25      A    (Witness nods head in the affirmative.)
```

```
 1        Q    Is that "yes"?
 2        A    Yes.
 3        Q    Before you got out of the car, did you
 4   eventually calm down?
 5        A    Yes.
 6        Q    Okay.  And after you calmed down, did he
 7   take the cuffs off?
 8        A    Yes.
 9        Q    And then did he take you in the school?
10        A    Yes.
11        Q    And took you to your counselor?
12        A    Yes.
13        Q    And did you tell her what happened?
14        A    No.
15        Q    You didn't?
16        A    No.
17        Q    What did you say?
18        A    Nothing.
19        Q    And did you finish -- did you spend some
20   time with the counselor then?
21        A    Yes.
22        Q    And then did you go back to your classroom?
23        A    Yes.
24        Q    Later that day, do you remember seeing
25   Officer Ford?
```