**EXHIBIT 5**

Page 1

VIRGINIA:

    IN THE CIRCUIT COURT OF THE CITY OF RICHMOND

---

K.B. BY HER MOTHER,
SAKIA HALL AS NEXT FRIEND,
and
SAKIA HALL

        Plaintiffs,

vs.                Case No.:
                  CL10-3675-00

HAROLD FORD

        Defendant.

---

DEPOSITION OF SAKIA HALL

May 20, 2011

12:40 p.m.

Taken at:

THE CITY ATTORNEY'S OFFICE
900 East Broad Street, Room 300
Richmond, Virginia 23219

REPORTED BY: HELEN B. YARBROUGH, RPR, CCR, CLR

Cook & Wiley, Inc.
Registered Professional Reporters
3751 Westerre Parkway, Suite D-1
Richmond, Virginia 23233
(804) 359-1984

1   A   Yes.
2   Q   And you're living -- just you and K.B.?
3   A   Yes.
4   Q   And at that point K.B. is three years old?
5   A   Yes.
6   Q   And how was she doing in terms of her behavior?
7
8   A   K.B. was always hyper from a baby. She was
9   a little active, a little more active than other kids.
10  Q   What do you mean by "more active than other
11  kids"?
12  A   She had a lot of energy, a lot of energy to
13  burn.
14  Q   And how would that show itself?
15  A   She just liked to play.
16  Q   By the time you moved here in October of
17  2004, did she have a counselor of any sort?
18  A   No.
19  Q   Did she have any medication that she was
20  taking?
21  A   No. She just started when she got in the
22  third grade -- no, the second grade -- no -- yeah, the
23  second grade, they started medication.
24  Q   From October 2004, did you find any work,
25  and did you work while you were in Richmond?

Page 24

1     A    Yes.

2     Q    What were you receiving?

3     A    I think just food stamps and Medicaid.

4     Q    So you had food stamps, Medicaid, and you were living in the Richmond Redevelopment Housing Authority; is that correct?

7     A    Uh-huh.

8     Q    Did you have any bills?

9     A    No, not really. Just my rent. That was $50 while I was working.

11     Q    You said about K.B., when we were getting there, that she started medication in the second grade; is that right?

14     A    Yes.

15     Q    Before she started medication, had she been having some behavior problems?

17     A    No. No. She's just a regular kid. That's just her. That's the way she is. Some people can handle her. Some people, if they have patience, they can handle her. If you want to spend time, you can do that with her. If you don't, then you're going to be stressed out. That's the way it is. But she's not bad. She's very smart. She's just a little hyper.

24     Q    Did she have temper tantrums?

25     A    Yes. She's the only child.

COOK & WILEY, INC.

```
1    Q    What does that mean?
2    A    She's spoiled.
3    Q    What does her temper tantrum look like?
4    A    Crying and falling out.
5    Q    What does "falling out" mean?
6    A    Falling down on the floor, crying.
7    Q    Like, lay down on her back?
8    A    Yeah, sometimes.
9    Q    Lay on her stomach?
10   A    Like, in the supermarket, you see kids, they
11   want something, they can't get it, you don't have
12   enough money, they start crying, they fall out and all
13   this stuff like that.
14   Q    Okay.  How often would she have those temper
15   tantrums.
16   A    When I don't have it.
17   Q    Whenever she didn't get what she wanted?
18   A    Uh-huh.
19   Q    Is that "yes"?
20   A    Yes.
21   Q    That was true in the second grade, that she
22   would still have temper tantrums?
23   A    Yes.  She was breaking out of it slowly,
24   because she be around other kids and first time going
25   to school, and that's when she started kindergarten
```

1  A    I'm sure. I don't know if she did in
2  second grade, but I know the third.
3  Q    Third grade, she had a counselor at school
4  and a counselor at home?
5  A    Yes.
6  Q    When did she first have a counselor at home?
7  A    I'm not even sure.
8  Q    What was her understanding of why she had a
9  counselor at home?
10 A    That she -- like I just told you, she's
11 active and she needs to focus. So the medicine was
12 making her do -- she was doing fine way before that
13 incident happened and everything. She was fine. She
14 was fine that day.
15 Q    Here's my question: What was your
16 understanding of why she had a counselor at home in
17 the third grade?
18 A    I'm not even sure. They just asked me did I
19 want an inside counselor. It was my choice, and I
20 just said yes -- somebody else to work with her so she
21 would be more better at school.
22 Q    Was that Ms. Worsham, the home counselor?
23 A    Yeah.
24 Q    How often did Ms. Worsham spend time with
25 Kyss at home?

COOK & WILEY, INC.

Page 31

```
 1    they work together, but they're not in the same
 2    office.
 3         Q    Is that Richmond Behavioral Health?
 4         A    Yes. And that's when they diagnosed that
 5    she had ADHD.
 6         Q    So K.B. actually went to Richmond Behavioral
 7    Health and was given some tests or something?
 8         A    No. It's like, I guess, the doctor or
 9    whatever just asked her questions and asked her how
10    she feel and everything like that.
11         Q    And your understanding was that they
12    diagnosed her with ADHD?
13         A    Yes.
14         Q    Okay. After she was diagnosed with ADHD,
15    was she put on some medication?
16         A    Yes. She was on a couple of them. I do not
17    know the name of them because it sound crazy, half of
18    them. But most of them had side effects that I did
19    not like. Some of them made her, like, a zombie; some
20    of them, she had dry mouth; she wouldn't eat; she said
21    her stomach hurt, head hurt, stuff like that. So I
22    had to keep changing, trying to find something better.
23              And the last one she took, she said that it
24    was making her have bad side effects. So she was
25    going to get different medicine, so I just took her
```

1   Q   Was she crying?

2   A   Yes. She said she's tired of people keep
3   asking her the same questions over and over again.

4   Q   What does that mean?

5   A   Like, my mom and my sister, they're just
6   trying to find out; like, "What's wrong? What's going
7   on, ____. Tell us what happened." Like, she was like
8   she was tired of talking about it and whatever. When
9   that happened, she had lines on her arms from the
10  cuffs being too tight on her arms.

11  Q   Where were the lines? On her wrists?

12  A   Going across her wrists.

13  Q   I saw in your interrogatory answers that
14  there were no -- she did not get any medical
15  treatment, though?

16  A   No.

17  Q   And still to this day, she's never been to
18  see a doctor or anybody about this?

19  A   No.

20  Q   Does she have counselors at school or at
21  home up in New Jersey?

22  A   Yes, she has a counselor.

23  Q   At school or home or --

24  A   At school.

25  Q   Why does she have that counselor at school?