UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

KYSS BURTON,
*by her mother, Sakia Hall, as next friend*,
SAKIA HALL,

                         Plaintiffs,          Action No. 3:11-CV-65

    v.

HAROLD FORD,

                         Defendant.

## ORDER

THIS MATTER is before the Court on the Motion to Withdraw Motion to Compel filed by Defendant Harold Ford. (Doc. No. 11.) Defendant moves the Court to withdraw the Motion to Compel he filed May 17, 2011. Upon due consideration, the Motion to Withdraw is HEREBY GRANTED. The Clerk is DIRECTED to terminate the Motion to Compel (Doc. No. 7).

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                   _____/s/_____
                                                   James R. Spencer
                                                 Chief United States District Judge

ENTERED this __15th__ day of June 2011