IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KYSS BURTON, BY HER MOTHER,
SAKIA HALL AS NEXT FRIEND AND
SAKIA HALL,

     Plaintiff,

v.                                Case No. 3:11-cv-00065-JRS

HAROLD FORD,

     Defendant.

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, July 8, 2011, commencing at 9:00 a.m., or as

soon thereafter as counsel may be heard, defendant Harold Ford will bring on for hearing his

Motion for Summary Judgment.

**HAROLD FORD**

By Counsel

s/_____

David P. Corrigan
VSB No. 26341
Attorney for Harold Ford
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
dcorrigan@hccw.com

1

# CERTIFICATE

I hereby certify that on the $\mathcal{24}^{th}$ day of June, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert H. Smallenberg, Esq.
Metropolitan Law Center, PLC
10035 Sliding Hill Road, Suite 204
Ashland, VA 23005

Brian K. Telfair, Esq.
City of Richmond
Office of the City Attorney
900 E. Broad Street, Room 300
Richmond, VA 23219

s/ _____
David P. Corrigan
VSB No. 26341
Attorney for Harold Ford
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
dcorrigan@hccw.com