IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

F I L E D
JUL - 6 2011
CLERK, U.S. DI...
RICHMOND

KYSS BURTON, BY HER MOTHER, SAKIA
HALL AS NEXT FRIEND AND SAKIA HALL,

    Plaintiff,

v.

    Case No. 3:11-cv-00065-JRS

HAROLD FORD,

    Defendant.

## STIPULATION OF DISMISSAL

NOW COMES the parties, by counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, represent to the Court that they agree and stipulate that this action shall be dismissed **with prejudice**, and that neither party shall be regarded as a prevailing party in this action for any purpose, and that each party shall bear their own costs and attorney fees incurred in this action.

IT IS SO ORDERED.

ENTER: 7 / 6 / 11

By: /s/
James R. Spencer
Chief United States District J...

We ask for this:

/s/ David P. Corrigan
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200
804-747-6085 – facsimile
*Counsel for Harold Ford*

/s/ Robert H. Smallenberg
Robert H. Smallenberg, Esq.
Metropolitan Law Center, PLC
10035 Sliding Hill Road, Suite 204
Ashland, VA 23005
804-368-7612
804-368-7615 – facsimile
*Counsel for Sakia Hall*



RECEIVED
JUL - 5 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

1